## IN RE CASES HELD FOR THE DECISION IN *STATE V. HODGE.*

### [Cite as *In re Cases Held for the Decision in State v. Hodge,* 128 Ohio St.3d 234, 2011-Ohio-228.]

(Submitted January 19, 2011—Decided January 25, 2011.)

---

{¶ 1} The judgments of the courts of appeals in the following cases are affirmed on the authority of *State v. Hodge,* 128 Ohio St.3d 1, 2010-Ohio-6320, 941 N.E.2d 768.

{¶ 2} 2009–2262. *State v. Wilkins,* Hamilton App. Nos. C–090172 and C–090173.

{¶ 3} 2009–2314. *State v. Blackburn,* Hancock App. No. 5–09–18, 2009-Ohio-5902, 2009 WL 3720631.

{¶ 4} 2009–2342. *State v. Winters,* Lucas App. Nos. L–08–1195, L–08–1263, and L–08–1264, 2009-Ohio-5992, 2009 WL 3790413.

{¶ 5} 2010–0135. *State v. Smith,* Licking App. No. 09–CA–31, 2009-Ohio-6449, 2009 WL 4690420.

{¶ 6} 2010–0183. *State v. Anderson,* Franklin App. No. 08AP–1071, 2009-Ohio-6566, 2009 WL 4809869.

{¶ 7} 2010–0380, *State v. Gaines,* Wood App. No. WD–08–058, 2010-Ohio-91, 2010 WL 154078.

{¶ 8} 2010–0397.   *State v. Potter,* Franklin App. No. 09AP–580, 2010-Ohio-372, 2010 WL 382888.

{¶ 9} 2010–0581.   *State v. Gleckler,* Clermont App. No. CA2009–03–021, 2010-Ohio-496, 2010 WL 541111.

{¶ 10} 2010–0750.   *State v. Moore,* Cuyahoga App. No. 92654, 185 Ohio App.3d 772, 2010-Ohio-770, 925 N.E.2d 692.

{¶ 11} 2010–0803.   *State v. Baughman,* Allen App. No. 1–09–38, 2010-Ohio-1259, 2010 WL 1173095.

{¶ 12} 2010–0940.   *State v. Sabo,* Union App. No. 14–09–33, 2010-Ohio-1261, 2010 WL 1173088.

{¶ 13} 2010–1005.   *State v. Ntarumotima,* Hamilton App. No. C–090479.

{¶ 14} 2010–1010.   *State v. Waite,* Cuyahoga App. No. 92895, 2010-Ohio-1748, 2010 WL 1610496.

{¶ 15} 2010–1061.   *State v. Ferrell,* Cuyahoga App. No. 92573, 2010-Ohio-1201, 2010 WL 1110788.

{¶ 16} 2010–1266.   *State v. Cooper,* Cuyahoga App. No. 93308, 2010-Ohio-1983, 2010 WL 1795631.

{¶ 17} 2010–1378.   *State v. Mickens,* Franklin App. Nos. 09AP–993 and 09AP–994, 2010-Ohio-2852, 2010 WL 2501501.

{¶ 18} 2010–1379.   *State v. Jenkins,* Franklin App. No. 09AP–1029, 2010-Ohio-2853, 2010 WL 2502571.

{¶ 19} 2010–1465.   *State v. Alhajjeh,* Cuyahoga App. No. 93077, 2010-Ohio-3179, 2010 WL 2681828.

{¶ 20} 2010–1493.   *State v. Howell,* Cuyahoga App. No. 92827, 2010-Ohio-3403, 2010 WL 2854240.

{¶ 21} 2010–1545.   *State v. Phillips,* Hamilton App. No. C–090496.

{¶ 22} 2010–1558.   *State v. Clementson,* Cuyahoga App. No. 94230, 2010-Ohio-3424, 2010 WL 2861853.

{¶ 23} 2010–1563.   *State v. Cole,* Cuyahoga App. No. 93271, 2010-Ohio-3408, 2010 WL 2857805.

{¶ 24} 2010–1571.   *State v. Samuels,* Hamilton App. No. C–090652.

{¶ 25} 2010–1637.   *State v. Torres,* Cuyahoga App. No. 94003, 2010-Ohio-3615, 2010 WL 3046055.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.